NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

BILLY WAYNE WILLIAMS

V.

THE STATE OF TEXAS

From Appeal No. 11-15-00214-CR

Trial Cause No. 4736-A

Nolan County,Texas

## FIRST PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Billy Wayne Williams, Petitioner Pro se pursuant to TRAP.Rule 68.2(c) and files this First Motion for Extension of Time being an additional Sixty (60) days in which to file a Petition for Discretionary Review. In support of his Motion,Petitioner shows the Court as follows:

I.

On November 12,2015, the Eleventh Court of Appeals at Eastland,Texas Dismissed the Appeal in the above-entitled and numbered cause/s. And further advised that a "PDR" may be filed with the Clerk of the Criminal Court of Appeals, within 30 days thereafter.

II.

The present deadline for filing the Pro se Petition for Discretionary Review is December 12, 2015.

III.

Since that time Petitioner has been attempting to gain professional legal representation in this matter and such attempts have not been successful. Petitioner is an Indigent Appellant and incarcerated in the TDCJ-ID. And Petitioner Pro se is in the midst of researching,drafting and preparing a Pro se Petition for Discretionary Review to be filed with this Court of Criminal Appeals in another Cause No.PD-1506-15, due to be filed on a Tuesday, January 19,2016,

1.

on appeal from the Fifth Court of Appeals at Dallas, Texas. Cause No. 05-15-01148-CR; Trial Ct. No. F03-00824, styled Billy Wayne Williams v. State of Texas.

WHEREFORE, Petitioner prays this Court grants this First Motion and extend the deadline for filing the Pro se Petition for Discretionary Review in said Cause/s up and until an additional Sixty (60) days thereafter.

Dated: 11/8/15

Respectfully submitted,

Billy Wayne Williams #1267302
Rt. 2 Box 4400
Hughes Unit
Gatesville, Texas 76597
-Petitioner Pro se-

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Pro se Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class mail, to the STATE'S PROSECUTING ATTORNEY, P.O. BOX 13046, AUSTIN, TEXAS 78711, on this 8th day of November, 2015.

Billy Wayne Williams #1267302
Petitioner Pro se

I, Billy Wayne Williams, TDCJ-ID# 1267302, being presently incarcerated in the Texas Department of Criminal Justice-Institutional Division in Coryell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

EXECUTED ON: 11/8/15

Billy Wayne Williams #1267302
Signature & TDCJ-ID#

(Pursuant to VTCA CIVIL PRACTICES AND REMEDIES CODE §§ 132.001, 132.002, et. seq)

2.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

In The Office Of The Clerk
Texas Court of Criminal Appeals
At Austin, Texas

November 8, 2015

Mr. Abel Acosta, Clerk                          Billy Wayne Williams#1267302
Court of Criminal Appeals                       Rt. 2 Box 4400
P.O. Box 12308-Capitol Station                  Hughes Unit
Austin, Texas 78711                             Gatesville, Texas 76597

    Re: Billy Wayne Williams v. State of Texas, COA# 11-15-00214-CR;
       Trial Court No.4736-A,Nolan County,Texas; First Pro se Motion for
       Extension of Time to File Petition for Discretionary Review

Dear Honorable Clerk:

Please find enclosed for filing with the Cpurt pursuant to TRAP. Rules 2,
and 68.2(c) this pro se party's First Motion for Extension of Time to File
Petition for Discretionary Review in reference to the above-entitled and num-
bered cause/s.

By copy of this letter and as demonstrated by Certificate same has been furnished
and served on the Attorney representing the State of Texas. Thank you for your
kind and professional assistance in this urgent legal matter.
CC/W/ENCLS/BWW
Mr. Abel Acosta, Clerk                          Sincerely,
Court of Criminal Appeals
Austin,Texas 78711                              _Billy Wayne Williams_#1267302

State's Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711